IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | Criminal No. CCB-16-0267 |
| **DONTRAY JOHNSON,** | | |
| a/k/a "Gambino," | : | |
| a/k/a "Bino," | | |
| a/k/a "Tray," | | |
| | : | |
| **Defendant** | : | |

...oOo...

### INFORMATION AND NOTICE OF GOVERNMENT'S INTENTION TO SEEK ENHANCED MANDATORY MINIMUM SENTENCE

Pursuant to the Anti-Drug Abuse Act of 1988 and 21 U.S.C. § 851, notice is hereby provided to the defendant, Dontray Johnson, that at the trial of this matter, the government will introduce evidence that the offense charged in Count Two of the Second Superseding Indictment involved one kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and 280 grams or more of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

In addition, the Defendant is hereby notified pursuant to 21 U.S.C. §§ 841(b)(1)(A) and 851, that at the sentencing proceedings in this case the government will seek the imposition of the **enhanced** mandatory minimum sentence set forth in 21 U.S.C. § 841(b)(1)(A) applicable to an offense involving one kilogram or more of a mixture or substance containing a detectable amount of heroin and 280 grams or more of a mixture or substance containing a detectable amount of cocaine base.   Specifically, the Defendant is NOTIFIED that if he is sentenced as to the Second Superseding Indictment pursuant to 21 U.S.C. § 841(b)(1)(A) and is found to have

one qualifying conviction for a felony drug offense, the government will seek the enhanced minimum sentence of **twenty (20) years** imprisonment without parole, subject to a fine not to exceed $20,000,000.00, and a term of supervised release of at least ten (10) years.

In seeking the enhanced minimum sentence of twenty (20) years, the government will rely upon the Defendant's previous convictions for felony drug offenses, further identified as follows:

A. In 2004, the Defendant was convicted of CDS Manufacture/Distribute/Dispense in the Circuit Court of Maryland for Baltimore City (case number 104194045).

B. In 2006, the Defendant was convicted of CDS Possession with Intent to Manufacture/Distribute/Dispense, in the Circuit Court of Maryland for Baltimore City (case number 206125010).

>Respectfully submitted,
>
>Stephen M. Schenning
>Acting United States Attorney

Date:   September 27, 2017

By:_____
Christina A. Hoffman
Lauren E. Perry
Assistant United States Attorneys
36 S. Charles Street, Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of September, 2017, this Information and Notice of Government's Intention to Seek Enhanced Minimum Sentence was served via the electronic case filing system upon all counsel of record.

                                                Christina A. Hoffman
                                                Assistant United States Attorney