## INDEX OF EXHIBITS

| | |
|---|---|
| **Exhibit 1** | ATF ROI, Dent Statements, Oct. 26, 2016 |
| **Exhibit 2** | TT1 & TT2 Wiretap Paperwork |
| **Exhibit 3** | TT3 Wiretap Paperwork |
| **Exhibit 4** | TT4 Wiretap Paperwork |
| **Exhibit 5** | TT1 & TT2 Minimization Memo |
| **Exhibit 6** | Search Warrant, 3901 Princely Way |
| **Exhibit 7** | Search Warrant, Bailey DNA |
| **Exhibit 8** | Search Warrant, 4 Wyegate Ct. |
| **Exhibit 9** | 4 Wyegate Ct., Gang Photograph |
| **Exhibit 10** | 4 Wyegate Ct., Owe Sheet |
| **Exhibit 11** | Tracking Warrant, Bailey Phones |
| **Exhibit 12** | Search Warrant, 7607 Reserve Circle |
| **Exhibit 13** | Search Warrant, 12 Takedown Residences & Vehicles |
| **Exhibit 14** | Search Warrant, 36 Electronic Devices |
| **Exhibit 15** | Search Warrant, Frazier DNA |
| **Exhibit 16** | Search Warrant, Frazier Cell Phones |
| **Exhibit 17** | Search Warrant, 7002 Upper Mills Circle |
| **Exhibit 18** | Search Warrant, 800 Arncliffe Road |
| **Exhibit 19** | Search Warrant, Bailey Instagram |
| **Exhibit 20** | Search Warrant, Bailey iCloud |
| **Exhibit 21** | Search Warrant, 23 Social Media Accounts |
| **Exhibit 22** | Search Warrant, Frazier Facebook |
| **Exhibit 23** | Search Warrant, Frazier Instagram |
| **Exhibit 24** | Excerpts from Bailey Instagram Returns |
| **Exhibit 25** | 2703(d) Order, Lockley Phone |
| **Exhibit 26** | Transcript, Dent Interview, May 10, 2012 |
| **Exhibit 27** | Miranda Waiver Form, Dent, May 10, 2012 |
| **Exhibit 28** | Miranda Waiver Form, Bailey, May 17, 2016 |
| **Exhibit 29** | Miranda Waiver Form, Bowling, Sept. 27, 2016 |
| **Exhibit 30** | Miranda Waiver Form, Anderson, Sept. 27, 2016 |
| **Exhibit 31** | Anderson Written Statement, Sept. 27, 2016 |
| **Exhibit 32** | Miranda Form, Lashley, Nov. 22, 2016 |
| **Exhibit 33** | Miranda Waiver Form, Frazier, Jan. 25, 2017 |
| **Exhibit 34** | Transcript, Sept. 29, 2015 Jail Visit |
| **Exhibit 35** | Bailey Visitation Log, Baltimore County Detention Center |
| **Exhibit 36** | R. Banks, Discovery Agreement |