**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

May 30, 2018

MEMORANDUM TO COUNSEL

     Re:   *United States v. Dante Bailey, et al.* Criminal Action No. CCB-16-0267

Dear Counsel:

     This will correct the courts memorandum of May 29, 2018 regarding the motions hearing for Friday, June 1, 2018. The defendant who should be present is Randy Banks, not William Banks.  Thank you.

                     Sincerely yours,

                     /S/

                     Catherine C. Blake
                     United States District Judge

cc:    Steve Akers (USMS)