**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

**CHAMBERS OF**
**CATHERINE C. BLAKE**
**UNITED STATES DISTRICT JUDGE**

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

August 17, 2018

MEMORANDUM TO COUNSEL

Re:  *United States v. Dante Bailey, et al.* Criminal Action No. CCB-16-0267

Dear Counsel:

As you know, we are holding two periods for the six-twelve week trial in this case: November 5, 2018 – February 1, 2019, and March 18, 2019 – May 5, 2019. By August 23, 2018, government counsel is requested to provide their best estimate of the number of weeks likely to be needed. Also by August 23, 2018, defense counsel should provide me a list of any conflicts they still have with those dates, indicating whether that conflict was already present before the court's April 17, 2018 scheduling letter.

Thank you for your cooperation with this request.

Sincerely yours,

/S/ *CCB*

Catherine C. Blake
United States District Judge