-1-
# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. CCB-16-0267 |
| | ) | |
| **DANTE BAILEY,** *et al.*, | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## STATUS REPORT

1.  Pursuant to the Court's order dated August 31, 2018 (ECF 874), we write to provide our best estimate of the number of defendants proceeding to trial and the length of trial, and to propose a trial schedule.

2.  As of now, twelve defendants remain in the case, four of whom are scheduled to enter guilty pleas in the next three weeks. Below, we provide an overview of each defendant's likelihood of proceeding to trial and each defense counsel's availability.

    a. **Dante Bailey**: Bailey is likely to proceed to trial. Counsel for Bailey, Teresa Whalen and Paul Enzinna, are available for trial November 5, 2018 to February 1, 2019. Ms. Whalen and Mr. Enzinna are not available for trial March 18, 2019 to May 5, 2019. *See* ECF 860.

    b. **Dontray Johnson**: Johnson is scheduled to enter his guilty plea next Tuesday, September 25 at 12:00PM. Counsel for Johnson, Michael Lawlor, is not available for trial November 5, 2018 to February 1, 2019, and he noted this conflict on the

-2-

April 17, 2018 scheduling call. He is available for trial March 18, 2019 to May 5, 2019.

c. **Adrian Jamal Spence**: Spence is scheduled to enter his guilty plea next Tuesday, September 25 at 4:00PM. Counsel for Spence, Christopher Purpura, is available for trial November 5, 2018 to February 1, 2019. Mr. Purpura is not available for trial March 18, 2019 to May 5, 2019. *See* ECF 859.

d. **Randy Banks**: Banks may go to trial or plead guilty. Counsel for Banks, Brian Sardelli, is available for trial November 5, 2018 to February 1, 2019. *See* ECF 778.

e. **Ayinde Deleon**: Deleon has accepted the basic terms of a plea agreement and is likely to plead guilty. Counsel for Deleon, James Crawford, is available for trial November 5, 2018 to February 1, 2019.

f. **Jamal Lockley**: Lockley may go to trial or plead guilty. Counsel for Lockley, Harry Trainor, noted on the April 17, 2018 scheduling call that he had a two-week trial in *United States v. Moreno-Martinez*, Case No. PX-17-154, beginning on November 6, 2018. However, this trial has now been rescheduled to February 19, 2019. *See* ECF 855. Mr. Trainor has listed a number of additional conflicts in response to the Court's August 17, 2018 order (ECF 852), but all of them arose after the April 17, 2018 scheduling call in this case. (Although the December 11, 2018, three-week trial in *United States v. Charles Stewart*, Case No. PX-17-353, was set by Judge Xinis on March 23, 2018, Mr. Trainor did not enter his appearance in that case until May 25, 2018. The *Stewart* case was indicted

-3-

roughly nine months after this case, on June 28, 2017.)  Mr. Trainor is available for trial March 18, 2019 to May 5, 2019.  *See* ECF 855.

g. **Corloyd Anderson**:  Anderson may go to trial or plead guilty.  Counsel for Anderson, Elita Amato, is not available for trial November 5, 2018 to February 1, 2019 because of a three-week trial in *United States v. Noe Montes-Bobadilla* beginning on November 27, 2018.  She noted this conflict on the April 17, 2018 scheduling call.  *See* ECF 858.  Ms. Amato is available for trial March 18, 2019 to May 5, 2019.  *See* ECF 858.

h. **Devon Dent**:  Dent is scheduled to enter his guilty plea on October 3, 2018 at 9:15AM.  Counsel for Dent, Marshall Henslee, is available for trial November 5, 2018 to February 1, 2019; his only conflict is a motions hearing on January 11, 2019.  *See* ECF 861.

i. **Tiffany Bailey**:  Tiffany Bailey is scheduled to enter her guilty plea on October 10, 2018 at 9:15AM.  Counsel for Tiffany Bailey, Brian McDaniel, has not noted any conflicts with trial November 5, 2018 to February 1, 2019.

j. **Shakeen Davis**:  Davis is going to trial.  Counsel for Davis, Paul D. Hazelhurst, is available for trial November 5, 2018 to February 1, 2019.

k. **Sydni Frazier**:  Frazier is going to trial.  Counsel for Frazier, Christopher Davis, noted conflicts with trial November 5, 2018 to February 1, 2019 in response to the Court's August 17, 2018 order, *see* ECF 856, but these conflicts either arose after the April 17, 2018 scheduling call in this case or have since been resolved.  Specifically, the three to four-week trial in *United States v. Delgado Perez*, Case

-4-

No. PX-16-0444, was not set by Judge Xinis until May 30, 2018. The three to five-week trial in *United States v. Davon Carter*, Case No. GJH-17-0667 case has now been rescheduled to May 6, 2019.

l. **Malcolm Lashley**: Lashley is likely to plead guilty. Counsel for Lashley, Dwight Crawley, did not note any conflicts with trial November 5, 2018 to February 1, 2019, either on the April 17, 2018 scheduling call, or in response to the Court's order of August 17, 2018 (ECF 852).

3. All twelve defendants are charged in a single racketeering conspiracy, and the interests of justice are best served by trying the defendants together, to the extent possible. Moreover, this case was indicted on September 27, 2016, and most of the defendants have been in pretrial custody for two years. Davis and Frazier have not waived their speedy trial rights and have opposed the government's motions to toll the speedy trial clock. Therefore, the government respectfully submits that the court should set as many defendants as possible in the first trial from November 5, 2018 to February 1, 2019.

4. Specifically, the government proposes that the Court set Dante Bailey, Adrian Jamal Spence, Randy Banks, Ayinde Deleon, Jamal Lockley, Devon Dent, Tiffany Bailey, Shakeen Davis, Sydni Frazier, and Malcolm Lashley for trial November 5, 2018 to February 1, 2019, with the expectation that Adrian Jamal Spence, Ayinde Deleon, Devon Dent, Tiffany Bailey, and Malcolm Lashley, will plead guilty, and possibly others as well. In other words, this would likely be a trial of five or fewer defendants. Based on a five-defendant trial, our best estimate is that we will need eight to ten weeks to try the case.

-5-

5. The government proposes that the Court set Dontray Johnson and Corloyd Anderson for trial March 18, 2018 to May 5, 2018, with the expectation that Johnson will plead guilty, and possibly Anderson as well. Our best estimate is that a trial of Anderson alone would require one to two weeks.

                Respectfully submitted,

                Robert K. Hur
                United States Attorney

By:_____/s/_____
                Christina A. Hoffman
                Lauren E. Perry
                Assistant United States Attorneys
                36 South Charles Street, Fourth Floor
                Baltimore, Maryland 21201
                (410) 209-4800

-6-
## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing status report was filed electronically with the Court using the CM/ECF system and served using the CM/ECF system via e-mail to all counsel of record.

_____/s/_____
Christina A. Hoffman
Assistant United States Attorney