# UNITED STATES OF AMERICA

## vs.

## DANTE BAILEY, et al

**Criminal No. CCB-16-0267**                    **Court Trial Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 4/10/2019 | 4/10/2019 | Note from the Jury |
| 2 | 4/17/2019 | 4/17/2019 | Note from the Jury |
| 3 | 4/29/2019 | 4/29/2019 | Note from the Jury |
| 4 | 4/30/2019 | 4/30/2019 | Note from the Jury |
| 5 | 4/30/2019 | 4/30/2019 | Note from the Jury |
| 6 | 4/30/2019 | 4/30/2019 | Note from the Jury |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Exhibit List (Rev. 3/1999)

CASE NUMBER: CCB-16-0267
CASE NAME: USA v. Dante Bailey, et al

Did he have to pay a tax to MMP on the drugs he sold in the BP area?

JUROR NUMBER: _Alt. 1_

DATE: 4/10
TIME: 3:04

For Court Use Only:
Rec'd by: _Ka Hoje_    DATE: 4/10/2019    TIME:
Court Exhibit #: _1_

Jury Note (Rev. 2/2009)

CASE NUMBER:  CCB-16-0267
CASE NAME: USA v. Dante Bailey, et al

Will we be able to see all names with nicknames
when we go into deliberations?
                              Reason asking are there are so many
names w/ numerous nicknames being thrown at us, it is
cofusing at times.

JUROR NUMBER: 07

DATE: 4/17/19
TIME: 9:51

For Court Use Only
Recv'd by: Kanaye
Court Exhibit #: 2
DATE: 4/17/2019   TIME

Jury Note (Rev. 2/2009)

4/29/19

Dear Jurors:

Do you want to continue deliberating until 5:30 today?

No

Do you want to come back tomorrow at (9:00)

9:30

or

10:00

Thank you

Judge Blake

COURT'S EXHIBIT NO. _____3_____
CASE NO.: _____CCB-16-0267_____
IDENTIFICATION: _____4-29-2019_____
ADMITTED: _____4-29-2019_____

CASE NUMBER: CCB-16-0267
CASE NAME: USA v. Dante Bailey, et al

Do we or can we have May 12, 2016
arrest report involving Randy Banks?

The report was not admitted into
evidence, so we can not give it to you

Judge Blake

JUROR NUMBER: ___5___

DATE: 4/30/19
TIME: 11:15 am

For Court Use Only:

Recv'd by: _____

DATE: _____    TIME: _____

Court Exhibit #: ___4___

Jury Note (Rev. 2/2009)

CLERK, UNITED STATES DISTRICT COURT
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201-2691
www.mdd.uscourts.gov

OFFICIAL BUSINESS

CSO   J. Stelmach
4-30-19   1119 hrs

CASE NUMBER: CCB-16-0267
CASE NAME: USA v. Dante Bailey, et al

Judge Blake

The jury is unable to reach a verdict on ~~one~~ Randy Banks
~~of the defendants~~. We have had a hard look
at the evidence, but are split about equally as
to his guilt.

JUROR NUMBER: 4

DATE: 4/30/2019

TIME: 13:25

For Court Use Only:

Recv'd by: _____ DATE: _____ TIME: _____

Court Exhibit #: _____

Jury Note (Rev. 2/2009)

CLERK, UNITED STATES DISTRICT COURT
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201-2691
www.mdd.uscourts.gov

OFFICIAL BUSINESS

*1325 HRS*

*4/30/19*

*CSo #17*

CASE NUMBER:  CCB-16-0267
CASE NAME: USA v. Dante Bailey, et al

Judge Blake

The jury has reached a verdict on all

Charges.

JUROR NUMBER: __4__

DATE: 4/30/2019
TIME: 15:02

For Court Use Only:
Recv'd by: _____    DATE: _____    TIME: _____
Court Exhibit #: _____

Jury Note (Rev. 2/2009)

CLERK, UNITED STATES DISTRICT COURT
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201-2691
www.mdd.uscourts.gov

OFFICIAL BUSINESS

303pM.
CSo BLAND